IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Bankruptcy No. 09 B 34079 |
| ) | |
| RAUSCH, MATTHEW ) | Chapter 13 |
| ) | Hon. Jack B. Schmetterer |
| Debtor. ) | |
| ) | Date: 10/28/2009 at 11:00 a.m. |
| ) | |

## NOTICE OF MOTION

To:   Office of Tom Vaughn, Chapter 13 Trustee (via ECF)
      Matthew Rausch, 400 E South Water Street, Apt. 3405, Chicago, IL 60601 (via regular mail)

PLEASE TAKE NOTICE that on the 28th day of October, 2009, at 11:00 a.m., I shall appear before the Honorable Jack B. Schmetterer, in Courtroom 682 at the United States Bankruptcy Court, Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall there and then present the attached Application for Compensation, at which time you may appear if you so desire.

LAW OFFICE OF PETER L. BERK

By: ____/s/ Peter L. Berk_____

Peter L. Berk, Esq.
Law Office of Peter L. Berk
79 West Monroe, Suite 900
Chicago, Illinois 60603
312/759-2838

## CERTIFICATE OF SERVICE

I, Peter L. Berk, an attorney, certify that a copy of the above Notice and the document to which it refers were sent as indicated above, via ECF electronic transmission to the recipients' registered address, or mailed to the recipients, at their respective addresses, postage prepaid, by depositing a copy of same in the U.S. Mail box at 79 W. Monroe, Chicago, Illinois 60603, by 7:00 p.m. on the 21st day of September, 2009.

____/s/ Peter L. Berk_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:   **Matthew P Rausch**                          )
                                                        )   Case No.    **09-34079**
                       Debtor(s).                       )   Hearing Date:   **10/28/2009 at 11:00 a.m.**

## ATTORNEY'S APPLICATION FOR COMPENSATION FOR REPRESENTING CHAPTER 13 DEBTOR(S)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. §330(a)(4)(B) for representing the interests of the debtor(s) in this case.

**Use of Model Retention Agreement:**
☒ The attorney and the debtor(s) have entered into the Court's Model Retention Agreement.
☐ The attorney and the debtor(s) have not entered into the Court's Model Retention Agreement.

**Dismissal of prior case**
☐ A Chapter 13 case of the debtor or debtor's spouse was dismissed within one year of this case filing.

**Fees in prior case(s):** ☒ The attorney has not represented the debtor(s) in any prior bankruptcy case.
☐ The attorney has represented the debtor(s) in prior bankruptcy cases as follows:
Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No   Fees paid $ ____
Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No   Fees paid $ ____
Case no. _____ Chapter __ Plan Confirmed? ☐ Yes ☐ No   Fees paid $ ____

**Fees sought in present case:**
☐ $____, for services                ☒ $ **3,500**, for services               ☐ $____, for services
through plan confirmation.           through case closing.                      after plan confirmation

**Expense reimbursement:**   ☒   $ **274**, for filing fee.
                              ☒   $ **30**, for expenses **itemized on the attached sheet.**
Total reimbursement requested: $ **304**.

**Payment received directly from debtor:** ☐ None           ☒ $ **1000**.

**Compensation previously awarded in this case:**     ☒   None
☐ a total of $____, pursuant to order(s) entered on the following dates:
_____.

**Plan payments:**   $1,074.00 per month for 60 months

**Secured debt:** ☒   None  ☐ home mortgage(s) in default  ☐ motor vehicle loans
                  ☐   Other:_____.

**Unsecured Debt:**   ____   No. of claims: **8**   Total amount: **$ 139,726**
                      To be paid under plan **46** %

**Professional time expended:**   **12** attorney hours; ____ paraprofessional hours.
**Itemization of time:**   ☒ Not Submitted   ☐ Attached to this application.
**Hourly rates:** $ **275** attorney; $____ paraprofessional.
**Date of Application:** **September 21, 2009**   Attorney's signature:   /s/ Peter L. Berk
                                                                          Peter L. Berk
                                                                          Law Office of Peter L. Berk
                                                                          79 West Monroe
                                                                          Suite 900
                                                                          Chicago, IL 60603
                                                                          (312) 759-2838