UNITED STATES BANKRUPTCY COURT, NORTHERN DIVISION OF ILLINOIS, EASTERN DIVISION

RE: MATTHEW P RAUSCH                    )    Case No: 09 B 34079
                                        )
                                        )    Chapter 13
                    Debtor(s)           )
                                        )    Judge    JACK B SCHMETTERER

ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on ___9/15/09___ [as modified by the amendment filed on _____,] having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C §§ 541 and 1306 shall continue to be property of the estate following confirmation.

ENTER:

_____
Judge

Dated: NOV 18 2009